STATE OF CONNECTICUT *v.* TODD C. MORRISON

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 632 (AC 13566), is denied.

*Kent Drager*, assistant public defender, in support of the petition.

*John A. East III*, deputy assistant state's attorney, in opposition.

Decided December 21, 1995

STATE OF CONNECTICUT *v.* RICHARD RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 579 (AC 13900), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification for review.

*Kent Drager*, assistant public defender, in support of the petition.

*Nancy L. Gillespie*, deputy assistant state's attorney, in opposition.

Decided December 21, 1995

STATE OF CONNECTICUT *v.* RICHARD RODRIGUEZ

The state's petition for certification for appeal from the Appellate Court, 39 Conn. App. 579 (AC 13900), is granted, limited to the following issues:

"1. In the circumstances of this case, did the Appellate Court properly determine that the defendant's suppression motion should have been granted?